United States District Court
Southern District of Texas
**ENTERED**
April 06, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DIETERA BOLDEN, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:24-CV-04088 |
| § | |
| NOVAD MANAGEMENT § | |
| CONSULTING, LLC, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is United States Magistrate Judge Dena H. Palermo's Memorandum and Recommendation filed on March 7, 2025. Doc. #28. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Therefore, pursuant to Federal Rule of Civil Procedure 41(b), this case is hereby DISMISSED without prejudice for want of prosecution.

It is so ORDERED.

APR 0 3 2025
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge